No. 98–5695. MAHONE v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98–5696. McLEOD v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 98–5697. LeRETTE v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–5698. WYATT v. CITY OF BOSTON, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–5713. WRIGHT v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 98–5715. MENDOZA v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir. Certiorari denied.

No. 98–5717. KNUCKLES-EL v. KOSKINEN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 98–5721. PAYROT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 98–5722. RIVERA v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–5724. SNELLING v. WASHINGTON APARTMENTS LIMITED PARTNERSHIP ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied. 

No. 98–5731. TRUESDALE v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–5735. JONES ET AL. v. SMITH ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–5736. JORDAN v. BUSH, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5737. BRODRICK v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.